THOMAS F. MURRAY, Appellant, *v.* ROBERT MITCHELL FURNITURE COMPANY, Respondent.

*Contract — services — commissions — action to recover for alleged breach of contract of employment.*

*Murray* v. *Mitchell Furniture Co.*, 213 App. Div. 863, modified.
(Argued October 27, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department entered April 26, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover for an alleged breach of contract of employment by the terms of which defendant agreed to employ plaintiff as a salesman and pay him commissions on sales of phonograph cabinets.

*Finis E. Montgomery* for appellant.

*Keyes Winter* and *Leo J. Brumleve, Jr.*, for respondent.

*Per Curiam.* Under the facts of this case the plaintiff is entitled to commissions on $72,490.32, received on May 11, 1921, by the defendant from the Columbia Gramophone Manufacturing Company for the purchase of materials originally bought by the former for use in the manufacture of cabinets under two certain contracts, each dated February 20, 1920, with interest on the amount of such commissions from said May 11, 1921, to February 25, 1924. The judgments of the courts below should be modified by increasing the amount of the judgment awarded to the plaintiff against the defendant from the sum of $2,381.41 to the sum of $3,650.95, and as so modified the said judgments should be affirmed, with costs in this court and the Appellate Division to the plaintiff.

HISCOCK, Ch. J., POUND, McLAUGHLIN and CRANE, JJ., concur; CARDOZO, ANDREWS and LEHMAN, JJ., dissent from modification.

Judgment accordingly.